## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **LOGITRAQ, LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:14cv960-JRG-JDL** |
| | § | |
| **EVANS DELIVERY COMPANY, INC.** | § | |

## FINAL JUDGMENT

Pursuant to the Agreed Motion to Dismiss, the Court hereby enters Final Judgment.

Plaintiff Logitraq, LLC, filed suit against Evans Delivery Company, Inc. on December 18, 2014.

Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is

**DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 29th day of March, 2015.**


_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE